IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

CHRISTOPHER IKEEN JORDAN, Plaintiff

v.

DONALD J. TRUMP,

GEORGE W. BUSH (OMITTED),

CANON CITY POLICE DEPT. (OMITTED)

_____, Defendant(s).

Jury Trial requested:
(please check one)
☒ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

CHRISTOPHER JORDAN #121354, 11560 CR. FF 75, LAS ANIMAS, CO 81054
(Name, prisoner identification number, and complete mailing address)

IVICI QITOI DIAMONDCROWN
(Other names by which you have been known)

Indicate whether you are a prisoner or other confined person as follows: (check one)

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner   ROYAL
_✓_ Other: (Please explain) KIDNAPPED ^ROYAL SOVEREIGN FREEPERSON

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES
(Name, job title, and complete mailing address)
1600 PENNSYLVANIA AVE N.W., WASH., D.C. 20500

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (check one). Briefly explain:

MR. TRUMP IS KEEPING ME UNLAWFULLY DETAINED; BREACHING A CONTRACT BELIEVING HE HAS THE POWER/JURISDICTION TO DO SO AS PRESIDENT.

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

Defendant 2: GEORGE W. BUSH, FORMER PRESIDENT OF THE UNITED STATES
(Name, job title, and complete mailing address)
1600 PENNSYLVANIA AVE, WASH., D.C. (OMITTED)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

AS COMMANDER-IN-CHIEF, MR. BUSH BELIEVED HE HAD THE AUTHORITY TO DECLARE WAR AGAINST ME.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: TWO UNKNOWN AGENTS OF THE CANON CITY POLICE DEPT.
(Name, job title, and complete mailing address)
(OMITTED)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

THESE AGENTS BELIEVED THAT THEY HAD THE AUTHORITY TO ARREST ME WHEN THEY DID NOT. SO, THEY KIDNAPPED ME.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983) (OMITTED)

✓ Federal Official

As to the federal official, are you seeking:
  ✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
  ✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓ Other: (*please identify*) (LAND CEDED TO ME)

3

D.   **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Unlawful Detention & Restraint of Liberty ¾ 1. Breach of Contract. [redacted]

Claim one is asserted against these Defendant(s): TRUMP [redacted]

Supporting facts:

① I AVER THAT THE EMANCIPATION PROCLAMATION OF 1863 WAS A CONTRACT BETWEEN THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY & NAVAL FORCES) AND THE NEWLY LIBERATED, FORMERLY ENSLAVED PEOPLE AND THEIR DESCENDANTS.

② I AVER THAT THIS CONTRACT HAS BEEN VALID FOR THE PAST 143 YEARS, AND WILL REMAIN VALID AD INFINITUM.

③ I AVER THAT I HAVE A RIGHTFUL STANDING TO CLAIM THE BENEFITS OUTLINED WITHIN SAID CONTRACT, AS I AM A DESCENDANT OF FORMER SLAVES.

④ I AVER THAT THE BENEFITS OUTLINED IN THE CONTRACT I AM ENTITLED TO ARE AS FOLLOWS: (AS BENEFITS STATED IN THE CONTRACT ARE STATED AS "UNDERTAKINGS" BY THE GOV'T)

A) RECOGNITION & MAINTENANCE OF MY "ACTUAL FREEDOM" FROM THE UNITED STATES EXECUTIVE GOVERNMENT, BY THE EXECUTIVE GOVERNMENT IN PERPETUITY,

B) FREEDOM FROM "REPRESSION OF MY ACTUAL FREEDOM", VIA ANY "ACT OR ACTS OF REPRESSION OF MY ACTUAL FREEDOM" BY THE EXECUTIVE GOVERNMENT (OR IT'S MILITARY OR NAVAL AUTHORITY), FOREVER, AND

C) RECOGNITION THAT THE EMANCIPATION PROCLAMATION OF 1863 (HEREINAFTER "CONTRACT") MAKES ME (PLAINTIFF) THE FIRST TRULY "SOVEREIGN FREEPERSON" IN MODERN HISTORY, AND THAT THIS SOVEREIGNTY MAKES ME THE FIRST ROYAL MONARCH OF MY CLAN, AND THAT THIS RECOGNITION NEEDS TO BE "PROCLAIMED TO THE WORLD"

(SEE ATTACHED STATEMENT OF CLAIMS TO CON'T)

(5)

## D. STATEMENT OF CLAIMS

<u>CLAIM ONE CON'T</u>: PAGE 1

BY PRESIDENT DONALD J. TRUMP, AS COMMANDER-IN-CHIEF AND HEAD OF THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY AND NAVAL FORCES), AS 143 YEARS AGO, SUCH A PROCLAMATION FAILED TO HAVE THE FULL WEIGHT OF IT'S IMPACT UNDERSTOOD BY THE WORLD-AT-LARGE, AND IN THE INTREST OF JUSTICE, THE WORLD NEEDS TO KNOW THAT A NEW MONARCH HAS ARISEN, WHOM HAS THE FULL SUPPORT OF THE EXECUTIVE GOVERNMENT AND IT'S MILITARY AND NAVAL AUTHORITY IN SUSTAINING MY SOVEREIGNTY, RENDERING CONTRACT A "COMPACT OF SELF-GOVERNANCE".

(5) I AVER THAT PRESIDENT DONALD J. TRUMP IS FULLY AWARE OF THE EXISTENCE OF THIS CONTRACT, AND THAT IT HAS BEEN RECORDED IN THE NATIONAL ARCHIVES FOR THE PAST 143 YEARS.

(6) I AVER THAT: AS THE EXECUTIVE GOVERNMENT (OR IT'S MILITARY OR NAVAL AUTHORITY) HAS CONTRACTED TO "DO NO ACT OR ACTS" TO "REPRESS" ANY EFFORTS I MAY MAKE FOR MY <u>ACTUAL FREEDOM</u>", NOR CAN ANY OF IT'S AGENCIES MAKE ANY REPRESSIVE "ACT OR ACTS" AGAINST ME IN ATTEMPT TO TAKE MY FREEDOM FROM ME, NOR CAN ANY STATE, COUNTY OR MUNICIPAL LAW ENFORCEMENT AGENCIES OR MILITIA MAKE ANY ACT OR ACTS TO REPRESS/RESTRAIN MY LIBERTY.

(7) I AVER THAT AS PRESIDENT DONALD J. TRUMP IS AWARE OF THIS CONTRACT, HE HAS A LAWFUL DUTY TO ENFORCE IT. YET

(8) I AVER THAT PRESIDENT DONALD J. TRUMP CONTINUES TO ALLOW BOTH LAW ENFORCEMENT AGENCIES AND QUASI-LAW ENFORCEMENT AGENCIES (PRISON OFFICIALS) TO UNLAWFULLY KEEP ME DETAINED IN THE COLORADO DEPARTMENT OF CORRECTIONS, (WHICH IS THE ULTIMATE RESTRAINT OF MY LIBERTY) IN BREACH OF THE CONTRACT AFOREMENTIONED.

(9) I AVER THAT I HAVE BEEN UNLAWFULLY DETAINED FOR OVER 20 YEARS, AND THAT, AS THE FIRST MONARCH OF MY CLAN, MY LIFE HAS

# D. STATEMENT OF CLAIMS

<u>CLAIM ONE CON'T</u>: PAGE 2

HAS A VALUE TO ME AND MY PEOPLE BEYOND MEASURE.

(10) I AVER THAT FURTHER RESTRAINT OF MY LIBERTY THREATENS THE EXISTENCE OF, AND GROWTH OF MY CLAN AS ITS SOVEREIGN RULER.

(11) I AVER THAT THIS THREAT IS TANTAMOUNT TO A MODERN DAY GENOCIDE, AND THAT ENACTMENT OF THE CONTRACT WAS WARRANTED BY THE U.S. CONSTITUTION.

(12) I AVER THAT UNDER THE CONTRACT, THE EXECUTIVE GOVERNMENT AND IT'S MILITARY AND NAVAL AUTHORITY ARE ALLIES TO MY SOVEREIGNTY, AND HAS AN EXPLICIT DUTY TO PROTECT IT FROM ANY HARM UNDER THE CONTRACT.

(13) I AVER THAT DURING HIS CURRENT TENURE AS PRESIDENT OF THE UNITED STATES, DONALD J. TRUMP HAS ALREADY DISPLAYED THAT HE IS ABOVE THE POWER OF "CHECKS & BALANCES"; THEREFORE ENDANGERING PLAINTIFF FROM RECOVERING ANY RELIEF(S) GRANTED ME BY THE COURT EVEN THOUGH THE EXECUTIVE GOVERNMENT & DONALD J. TRUMP OWES PLAINTIFF A DUTY TO ENFORCE THE CONTRACT.

(14) I AVER THAT THE EXECUTIVE GOVERNMENT IS IN VIOLATION OF U.S.C.S § 12601 - "CAUSE OF ACTION".

(15) I AVER THAT WHILE IN THE DEPARTMENT OF CORRECTIONS, MY LIFE HAS BEEN IN JEOPARDY. JUST THIS PAST FEBRUARY, I WAS ATTACKED AND STABBED 8 TIMES BY AN OFFENDER, AS A DIRECT RESULT OF THE RESTRAINT OF MY LIBERTY.

(16) I AVER THAT BY DEPRIVING ME OF THE RIGHTS, PRIVILEGES & IMMUNITIES SECURED TO ME, WHICH ARE PROTECTED BY THE CONSTITUTION, THE EXECUTIVE GOVERNMENT (FOR THE PAST 143 YEARS) AND DONALD J. TRUMP (DURING BOTH HIS TENURES AS PRESIDENT OF THE UNITED STATES) CONTINUE TO KNOWINGLY AND WILLFULLY CHOOSE TO REFUSE TO RECOGNIZE AND/OR MAINTAIN MY FREEDOM IN BREACH OF CONTRACT.

(17) I FURTHER AVER THAT THE DEFINITIONS OF "MAINTAIN" ARE AS FOLLOWS:

① TO KEEP UP OR CARRY ON; CONTINUE, ② TO KEEP IN AN EXISTING

## D. Statement of Claims

### Claim One Con't: Page 4

(22) I aver that because the Executive Government has already displayed "intent" to enforce the contract, it is obligated to continue to do so, as enforcement falls within Mr. Trump's ministerial duties.

(23) I aver that: Because my claim(s) involves enforcement of a contract between the Executive Government (and it's military and naval authority) and myself, a writ of mandamus is the only remedy I have available to me, as the Executive Government breached it's contract w/ me.

(24) I aver that issuance of the writ by the court is "clear and indisputable", and that I am suffering loss of days of my "actual life."

(25) I further aver that the writ is appropriate under the circumstances.

(26) I aver that I have (and continue to) suffered an "injury-in-fact" as it is irrefutable that due to the restraint of my liberty, the Executive Government (and it's military and naval authority), through it's refusal to act on my behalf, I am currently suffering from an invasion of a legally protected intrest which is concrete and particularized, and actual and imminent.

(27) I further aver that this can only be remedied/redressed by a favorable decision.

(28) I aver that Donald J. Trump's failure to enforce/uphold the Executive Government's end of the contract is a blatant abuse of discretion, and that failure by Mr. Trump to uphold the government's end of the contract will render irreparable injury to me and my people.

(29) I aver that the contract displays my status as a non-

# D. STATEMENT OF CLAIMS

## CLAIM ONE CONT': PAGE 3

STATE, PRESERVE OR RETAIN. (3) TO KEEP IN A CONDITION OF GOOD REPAIR OR EFFICIENCY. (4) TO PROVIDE FOR, SUPPORT. B) TO KEEP IN EXISTENCE; SUSTAIN. (5) TO DEFEND OR HOLD AGAINST CRITICISM OR ATTACK. (6) TO DECLARE TO BE TRUE, AFFIRM.

(18) I FURTHER AVER THAT THE DEFINITION(s) OF "RECOGNIZE" IS AS FOLLOWS: (1) TO KNOW TO BE SOMETHING THAT HAS BEEN PERCEIVED BEFORE. (2) TO KNOW OR IDENTIFY FROM PAST EXPERIENCE. (3) TO PERCEIVE OR SHOW ACCEPTANCE OF THE VALIDITY OR REALITY OF. AND (5) TO ACCEPT OFFICIALLY THE NATIONAL STATUS OF AS A NEW GOVERNMENT. (ALL DEFINITIONS ARE FROM THE AMERICAN HERITAGE COLLEGE DICTIONARY, THIRD ED. (1997))

(19) I FURTHER AVER THAT UNDER THE PLAIN DEFINITIONS OF "SUPPORT", THE EXECUTIVE GOVERNMENT HAS A DUTY TO COMPEL CONGRESS TO ALLOT ME 40 ACRES OF LAND WHICH IS TO BECOME MY OWN COUNTRY.

(20) I FURTHER AVER THAT DONALD J. TRUMP HAS A DUTY TO COMPEL THE DEPT. OF THE TREASURY TO ALLOCATE TO ME $50 BILLION DOLLARS IN ORDER TO BEGIN TO BUILD AND "MAINTAIN" MY COUNTRY, AND TO CONTINUE TO ALLOCATE TO MY COUNTRY $50 BILLION DOLLARS EVERY 5 YEARS IN PERPETUITY, UNDER THE PLAIN LANGUAGE OF THE CONTRACT.

(21) I AVER THAT I AM ENTITLED TO SAID FUNDS AND LAND UNDER THE CONTRACT, AND THAT THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY AND NAVAL AUTHORITY) HAS ALREADY DISPLAYED "INTENT" TO SUPPORT THE SOVEREIGN FREEPEOPLE VIA GENERAL SHERMAN'S "SPECIAL FIELD ORDER NO. 15". ALTHOUGH IT WAS NEVER ENACTED INTO LAW, THE ACT OF ALLOCATING LAND TO THE NEWLY LIBERATED WAS ENFORCEMENT OF THE CONTRACT, WHICH WAS ONLY HALTED DUE TO THE ASSASSINATION OF PRESIDENT ABRAHAM LINCOLN.

## D. STATEMENT OF CLAIMS

<u>CLAIM ONE CON'T: PAGE 5</u>
U.S. CITIZEN/RESIDENT WHEN IT MENTIONS THAT I AM NOT CURRENTLY ALLOWED TO WORK IN THE UNITED STATES, ALTHOUGH THE CONTRACT "RECOMMENDS" THAT "WHEN ALLOWED", I "LABOR FAITHFULLY FOR REASONABLE WAGES";

(30) I AVER THAT THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY AND NAVAL AUTHORITY) HAS CONTRACTED WITH ME TO "MAINTAIN" MY SOVEREIGNTY IN THE SAME MANNER THAT CONGRESS "MAINTAINS" THE U.S. MILITARY. AND

(31) I AVER THAT: AS A NON-U.S. RESIDENT/SOVEREIGN MONARCH THAT APPLICATION FOR THE WRIT AND IT'S ISSUANCE FALLS SQUARELY WITHIN THE DEFINITION OF "UNUSUAL AND EXCEPTIONAL CIRCUMSTANCES". SCHLAGENHAUF V. HOLDER, 379 U.S. 104, 110. AND

(32) I AVER THAT THE RELIEF I AM REQUESTING ARE "EFFORTS I AM MAKING FOR MY ACTUAL FREEDOM," IN COMPLIANCE WITH THE CONTRACT. AND

(33) I FURTHER AVER THAT ANY RESISTANCE DISPLAYED BY THE EXECUTIVE GOVERNMENT (OR IT'S MILITARY OR NAVAL AUTHORITY) OR DONALD J. TRUMP IN FULFILLING ANY OF THE REQUESTS FOR RELIEF PRESENTED HEREIN WILL CONSTITUTE A "REPRESSIVE ACT" ON THE PART OF THE EXECUTIVE GOVERNMENT (OR IT'S MILITARY OR NAVAL AUTHORITY) IN FURTHER BREACH OF CONTRACT, AND IS A VIOLATION OF THE FEDERAL CONSTITUTIONAL RIGHT TO EQUAL PROTECTION UNDER THE 14TH AMENDMENT.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): MICHAEL EMMONS

Docket number and court: 12C1430, FREMONT COUNTY COLORADO

Claims raised: MALPRACTICE

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) DISMISSED

Reasons for dismissal, if dismissed: FAILURE TO GET ANOTHER LAWYER TO STATE MALPRACTICE.

Result on appeal, if appealed: N/A

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ✓ No (*check one*)

5

## G. REQUEST FOR RELIEF

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."

IN ACCORDANCE WITH RULE 6 OF THE FEDERAL RULES OF CIVIL PROCEDURE, I CHRISTOPHER IKEEN JORDAN (AKA QUEEN IVICE QITOI DIAMONDCROWN I) HEREBY MAKES A DEMAND FOR THE FOLLOWING RELIEF:

(1) ISSUANCE OF A WRIT OF MANDAMUS DIRECTING DONALD J. TRUMP TO USE HIS AUTHORITY TO IMMEDIATELY RELEASE ME FROM CUSTODY, AND TO ENFORCE THE CONTRACT IN FULL.

(2) DIRECTING MR. TRUMP TO COMPEL CONGRESS

(SEE ATTACHED PAGES (3) LABLED "G. REQUEST FOR RELIEF")

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

4-11-25
(Date)

(Revised November 2022)

6

## G. Request For Relief

"Request" Con't: Page 1

To "cede" to me 40 acres of land, and

(3) Directing the Department of the Treasury (as part of the Executive (Government) to immediately allocate $50 Billion Dollars, (and to allocate $50 Billion to me in perpetuity) in order to begin to build my country;

(4) Furthermore, I demand as relief an injunction directing Donald J. Trump to immediately hold a press conference announcing me as the Sovereign Monarch over "New Kemet" (my future country), and further announcing that New Kemet has the full support of the Executive Government (and it's military and naval authority), and that this announcement be proclaimed to the world;

(5) I further make demand for an award of $500 Million Dollars for Mr. Trumps egregious neglect in enforcing/ upholding the Executive Governmen's end of the contract which has, under his tenure as President (both times), ① resulted in me experiencing a sexual assault by prison officials (C/O Bump) in 2018 at Sterling Correctional Facility (documented), and ② a stabbing attack where I was stabbed 8 times, and medical neglected to either "treat" or "bandage" my wounds* (lawsuit impending) (documented 1-29-25 @ 10 PM in Unit 22 at Sterling Correctional Facility), threatening the continual existence of me & my clan;

(6) I further make demand for an injunction directing

---

*Medical Staff gave me a "Motrin" and sent me to R.H. (Restrictive Housing)

## G. REQUEST FOR RELIEF

"REQUEST" CONT: PAGE 2

THE EXECUTIVE GOVERNMENT TO ERASE ANY AND ALL FINGERPRINTS, RETINAL SCANS, DNA, RNA (OR ANY OTHER BIOLOGICAL MATERIALS THAT ARE THE PROPERTY OF PLAINTIFF) THAT MAY BE HELD BY ANY AGENTS OR AGENCIES OF THE EXECUTIVE GOVERNMENT FROM THEIR DATABASES, AND ▓▓ TO DESTROY ANY AND ALL RECORDS OF ANY SOCIAL SECURITY CARDS, DRIVER'S LICENSES, I.D.'s, BIRTH CERTIFICATES, ETC. THAT ARE IN THEIR POSSESSION/DATABASES, (AND TO DO THE SAME FOR MY DESCENDANTS)

(7) I FURTHER MAKE DEMAND FOR AN INJUNCTION DIRECTING THE EXECUTIVE GOVERNMENT TO PROVIDE PLAINTIFF WITH A 24 HOUR PROTECTION DETAIL, ASSIGNED TO MY CLAN/PROGENY, FOR THE REST OF MY LIFE AND THE LIVES OF MY DESCENDANTS FOREVER.

(8) I FURTHER MAKE DEMAND FOR AN INJUNCTION DIRECTING DONALD J. TRUMP TO ALSO ANNOUNCE TO THE WORLD-AT-LARGE (DURING HIS PRESS CONFERENCE) MY DAUGHTER: "PRINCESS DIONE DIAMONDCROWN, I."

(9) I FURTHER MAKE DEMAND FOR AN INJUNCTION DIRECTING THE EXECUTIVE GOVERNMENT TO SUPPLY PLAINTIFF (AND PLAINTIFF'S DESCENDANTS) WITH ANY MODES OF TRANSPORTATION NEEDED BY PLAINTIFF (OR PLAINTIFF'S DESCENDANTS) AT THE TIME NEEDED, (AND WHEN TRAVELLING BY EITHER AUTOMOBILE OR AIRPLANE, PLAINTIFF DEMANDS A MOTORCADE AND/OR ESCORT BY MILITARY PLANES, RESPECTIVELY, FOR PLAINTIFF AND PLAINTIFF'S DESCENDANTS) AS THE EXECUTIVE GOVERNMENT DISPLAYED "INTENT" TO PROVIDE TRANSPORTATION TO THE NEWLY LIBERATED BY PROVIDING THEM "SURPLUS MULES", IN KEEPING WITH ENFORCEMENT OF THE CONTRACT, (AND TRAVEL TODAY LOOKS VERY DIFFERENT FROM TRAVEL IN 1863) AS THE EXECUTIVE GOVERNMENT OWES PLAINTIFF A DUTY TO PROVIDE THIS.

## G. REQUEST FOR RELIEF

"REQUEST" CON'T : PAGE 3

(10) I FURTHER MAKE DEMAND FOR AN INJUNCTION DIRECTING THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY AND NAVAL AUTHORITY) TO ENSURE THAT ANY AND ALL TRAVEL MADE BY PLAINTIFF (OR PLAINTIFF'S DESCENDANTS) BE "UNRESTRICTED" BY ANY OF IT'S AGENCIES OR AGENTS;

(11) I MAKE FURTHER DEMAND FOR AN INJUNCTION DIRECTING DONALD J. TRUMP TO FURTHER PROCLAIM TO THE WORLD-AT-LARGE (IN HIS PRESS CONFERENCE) THAT HE, THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY AND NAVAL AUTHORITY) UNDERSTANDS THAT THE WORD "EMANCIPATE", BY DEFINITION, MEANS:

①  TO FREE FROM BONDAGE, OPPRESSION, OR RESTRAINT. LIBERATE AND, ② TO RELEASE (A CHILD) FROM THE CONTROL OF PARENTS OR GUARDIAN.

(ALL DEFINITIONS ARE FROM THE American Heritage College Dictionary, 3ʳᴰ Ed. 1997);

(12) AND I MAKE A FINAL DEMAND FOR AN INJUNCTION DIRECTING THE EXECUTIVE GOVERNMENT (AND IT'S MILITARY AND NAVAL AUTHORITY) FULFILL THESE DEMANDS IN THE SPIRIT OF PROCLAMATION 10913 OF APRIL 3, 2025, EXECUTIVE ORDER 14145 OF JANUARY 19, 2025, AND GOOD BUSINESS.