IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 18 2025
JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

CHRISTOPHER I. JORDAN, Plaintiff,

v.

DONALD J. TRUMP

_____, Defendant(s).

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   A COMPLAINT IN THE NATURE OF A WRIT OF MANDAMUS

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   N/A

5. Are you in imminent danger of serious physical injury?

   ___ Yes  X No  (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  4-11-25
             (Date)

                                              (Prisoner's Original Signature)

(Rev. 10/01/12)                    2

## AUTHORIZATION

I, _CHRIS JORDAN_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _CHRIS JORDAN_

Prisoner Signature: _[signature]_

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Chris Jordan_

Signature of Authorized Prison Official: _[signature]_

Date: _04/08/2025_

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 04/08/2025 = Page  1

Account: 121354 JORDAN, CHRISTOPHER I              BENT CNTY   BENT/UNIT7
      To:From Dates  10/01/2024: 04/08/2025
================================================================================
 Trans Date    Description         Deposits   Withdrawls    Balance        Loc
 ----------    -------------------- ----------  ----------  ----------------  ---
 10/01/2024 BALANCE AS OF 10/01/2024                            612.13
 10/02/2024 CUSTODIAN                 7.24                      619.37 SF
 10/03/2024 Canteen Ord#18374050                  131.28        488.09 SF
 10/09/2024 UNASSIGNED AB             5.52                      493.61 SF
 10/09/2024 UNASSIGNED                2.07                      495.68 SF
 10/09/2024 DENTAL APPOINT                          3.00        492.68 SF
 10/10/2024 Canteen Ord#18389392                  105.95        386.73 SF
 10/15/2024 Canteen Ord#18384570                   18.10        368.63 SF
 10/17/2024 Canteen Ord#18404026                  136.34        232.29 SF
 10/17/2024 POSTAGE-DEBIT                           0.73        231.56 SF
 10/21/2024 Canteen Ord#18388780                   77.60        153.96 SF
 10/21/2024 POSTAGE-DEBIT                           3.73        150.23 SF
 10/24/2024 Canteen Ord#18417429                  116.71         33.52 SF
 10/24/2024 Canteen Cred#18418357     5.94                       39.46 SF
 10/28/2024 PHOTOS - DEBIT                          2.00         37.46 SF
 10/28/2024 POSTAGE-DEBIT                           0.69         36.77 SF
 11/06/2024 CUSTODIAN                41.63                       78.40 SF
 11/07/2024 Canteen Ord#18440912                   35.17         43.23 SF
 11/14/2024 Canteen Ord#18455809                   42.35          0.88 SF
 11/19/2024 JPAY CREDIT             240.00                      240.88 SF
 11/26/2024 Canteen Ord#18483541                  137.02        103.86 SF
 12/04/2024 CUSTODIAN                38.01                      141.87 SF
 12/05/2024 Canteen Ord#18494427                   60.90         80.97 SF
 12/12/2024 Canteen Ord#18512591                   80.18          0.79 SF
 01/01/2025 JPAY CREDIT             138.68                      139.47 SF
 01/02/2025 COURT CASE OVERPAYMENT   15.78                      155.25 SF
 01/07/2025 CUSTODIAN                39.82                      195.07 SF
 01/09/2025 Canteen Ord#18563958                  126.91         68.16 SF
 01/16/2025 Canteen Ord#18579041                   50.62         17.54 SF
 01/23/2025 Canteen Ord#18587590                   17.48          0.06 SF
 02/05/2025 CUSTODIAN                28.96                       29.02 SF
 02/06/2025   OFFENDER CARE AIDE      0.00                       29.02 SF
 02/10/2025 UNASSIGNED                3.45                       32.47 SF
 02/14/2025 Canteen Ord#18626299                   10.85         21.62 SF
 02/20/2025 Canteen Ord#18639169                   11.99          9.63 SF
 03/03/2025   OFFENDER CARE AIDE     54.08                       63.71 SF
 03/12/2025 PAYROLL - CREDIT         29.60                       93.31 SF
 03/12/2025 MEDICAL REFUSAL                         3.00         90.31 SF
 03/13/2025 Canteen Ord#18684987                   50.75         39.56 SF
 03/20/2025 Canteen Ord#18698178                   17.50         22.06 SF
 03/25/2025 Canteen Ord#18703814                    4.10         17.96 CT
 04/01/2025 POSTAGE-DEBIT                           1.01         16.95 BF
 04/03/2025 OFFENDER CARE AIDE I    104.60                      121.55 BF
 04/08/2025 Canteen Ord#18727631                   78.50         43.05 BF
 04/08/2025 UNASSIGNED BL             2.76                       45.81 BF
 04/08/2025 BALANCE AS OF 04/08/2025                             45.81
================================================================================
                     Total money order in hold:            0.00
                 Current balance as of 04/08/2025:        45.81
                   **Reserved/Encumbered Monies:          13.85
                 Available money as of 04/08/2025:        31.96
```