IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01235-RTG

CHRISTOPHER IKEEN JORDAN,

    Plaintiff,

v.

DONALD J. TRUMP,
GEORGE W. BUSH, and
CANON CITY POLICE DEPARTMENT,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

Plaintiff Christopher Ikeen Jordan is a convicted and sentenced state prisoner incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. Plaintiff has filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2). The § 1915 motion will be granted.

Based on Plaintiff's inmate account statement, the Court finds that Plaintiff is required to pay an initial partial filing fee of $25.00 pursuant to 28 U.S.C. § 1915(b)(1). (*See* ECF No. 2 at 5). Plaintiff has authorized disbursement of partial payments of the filing fee from Plaintiff's inmate account. (*Id.* at 2). Plaintiff is required to pay the full amount of the $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of

1

this action.

Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is **granted**. It is

FURTHER ORDERED that within thirty days from the date of this order Plaintiff's custodian shall disburse from Plaintiff's prison account an initial partial filing fee of $25.00 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison account for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(b). It is

FURTHER ORDERED that after payment of the initial partial filing fee Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to his prison account until Plaintiff has paid the total filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse

monthly payments from Plaintiff's prison account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied. It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c). It is

FURTHER ORDERED that the Clerk of Court shall send a copy of this order to DOC_inmateaccounts@state.co.us.

DATED April 21, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge